IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR14-3

UNITED STATES OF AMERICA )
)
)
VS. ) **O R D E R**
)
)
TIMOTHY ASHLEY PADGETT )
_____)

**THIS MATTER** is before the Court on motion of defense counsel for permission to file for an interim payment of counsel fees.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and Mr. Hunter is hereby permitted to file an interim fee petition in this matter.

FILED
ASHEVILLE, N. C.
MAY - 6 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

Signed: May 6, 2005

Lacy H. Thornburg
United States District Judge