# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION

## CRIMINAL NO.  2:05CR14-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | <u>**O R D E R**</u> |
| | ) | |
| | ) | |
| **TIMOTHY ASHLEY PADGETT** | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of defense counsel to withdraw his second request for an interim payment of counsel fees.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED** and his second request for an interim payment of counsel fees is hereby deemed withdrawn.

**Signed: December 21, 2005**

Lacy H. Thornburg
United States District Judge